**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**COMMODITY FUTURES TRADING COMMISSION,**

**Plaintiff,**

**v.**

**CASH FX GROUP S.A.; THE CONVERSION PROS, INC.; HUASCAR JOSE LOPEZ CASTILLO; RONALD POPE; and JUSTIN HALLADAY,**

**Defendants.**

**Civil Action No. 3:26-cv-02573-MMH-PDB**

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(d), I certify that the instant action:

___ IS related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

______________________________________
______________________________________
______________________________________
______________________________________

X___ IS NOT related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than fourteen days after appearance of the party.

Date: September 28, 2026

Signed:

**COMMODITY FUTURES TRADING COMMISSION**

By: */s/ Rebecca S. Jelinek*

Rebecca S. Jelinek, Mo. Bar No. 53586
rjelinek@cftc.gov (Lead Counsel)
Anthony C. Biagioli, Mo. Bar No. 72434
abiagioli@cftc.gov
2600 Grand Blvd., Suite 210
Kansas City, MO 64108
(816) 960-7700

Attorneys for Plaintiff Commodity Futures Trading Commission