# UNITED STATES DISTRICT COURT

for the
Middle District of Florida

**Commodity Futures Trading Commission**

*Plaintiff*

v.

**CASH FX GROUP S.A.; THE CONVERSION PROS, INC.; HUASCAR JOSE LOPEZ CASTILLO; RONALD POPE and JUSTIN HALLADAY**

*Defendant*

Civil Action No. 3:26-cv-02573-MMH-PDB

## AFFIDAVIT OF SERVICE

I, Timothy Jace, state:

I am 18 years or older and not a party to this action. I am a certified or appointed process server in the county in which this defendant or witness was served.

I received the following documents on September 25, 2026, at 3:52 pm. I served these documents with my initials, identification number, and the date and hour of service endorsed thereon to Justin Halladay in Brevard County, FL on October 1, 2026 at 3:24 pm at 1935 Lazy Ln, Cocoa, FL 32926-5210 by personal service by handing the following documents to an individual identified as Justin Halladay.

Summons, with Complaint for Injunctive and Other Equitable Relief, and for Civil Monetary Penalties Under the Commodity Exchange Act and Commission Regulations,

Additional Description:
INDIVIDUAL SERVICE: I served the documents to the within named individual pursuant to F.S. 48.031(1)(a).

Based on the Conversation with the person accepting service, the defendant/respondent is not in the Military Service of the United States of America.
Race: White, Sex: Male, Est. Age: 45-54, Hair: Brown, Glasses: N, Est. Weight: 160 lbs to 180 lbs, Est. Height: 5' 6" to 5' 9".
Geolocation of Serve: https://google.com/maps?q=28.3576051167,-80.7639777167
Photograph: See Exhibit 1

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

Brevard County,

FL on 10/2/2026.

/s/ Timothy Jace

Signature

Timothy Jace
720, 18th Judicial Circuit
+1 (321) 794-3927
1941 Slone Blvd, 121, Melbourne, FL 32935


Exhibit 1a)
1935