**UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA**

---

**Commodity Futures Trading Commission**
**Plaintiff(s)**

**vs.** **Case No: 3:26-cv-02573-MMH-PDB**

**Cash FX Group S.A., et al.**
**Defendant(s)**

---

## AFFIDAVIT OF SERVICE

I, Adebayo Sanni-Omotosho, a Private Process Server, being duly sworn, depose and say:

That I am over the age of eighteen (18) years, doing business at 7500 Greenway Center Drive, Suite 420, Greenbelt, Maryland 20770, and not a party to or otherwise interested in this action.

That I have been duly authorized to make service of the Summons, with Complaint for Injunctive and Other Equitable Relief, and for Civil Monetary Penalties Under the Commodity Exchange Act and Commission Regulations, in the above entitled case.

That on September 26, 2026 at 8:58 PM, I personally served Ronald Pope with the Summons, with Complaint for Injunctive and Other Equitable Relief, and for Civil Monetary Penalties Under the Commodity Exchange Act and Commission Regulations, at 1970 Landaggard Drive NW, Salem, Oregon 97304.

Ronald Pope is described herein as:

Gender: Male, Race: White, Age: 45-54, Weight: 180 lbs-200 lbs, Height: 5' 6"-5' 9", Hair: White, Glasses: Yes

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

Executed on: 9/29/2026

/s/ Adebayo Sanni-Omotosho

Signature
Server Name: Adebayo Sanni-Omotosho

*Client Ref Number:*
*Job #: 2084026*

Exhibit 1a)



Exhibit 1b)



Exhibit 1c)

