**UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA**

**Commodity Futures Trading Commission**
**Plaintiff(s)**

**vs.** **Case No: 3:26-cv-02573-MMH-PDB**

**Cash FX Group S.A., et al.**
**Defendant(s)**

## AFFIDAVIT OF SERVICE

I, Michelle Harris, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons and Complaint for Injunctive and Other Equitable Relief, and for Civil Monetary Penalties Under the Commodity Exchange Act and Commission Regulations in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on September 30, 2026 at 1:08 PM, I served The Conversion Pros, Inc., c/o Nevada Business Center, LLC, Registered Agent at 701 South Carson St, Suite 200, Carson City, Nevada 89701 with the Summons and Complaint for Injunctive and Other Equitable Relief, and for Civil Monetary Penalties Under the Commodity Exchange Act and Commission Regulations by serving Wendy Doe, Intake Specialist, authorized to accept service on behalf of the registered agent.

Wendy Doe is described herein as:

Gender: Female, Race: White, Weight: 180 lbs-200 lbs, Height: 5' 6"-5' 9", Hair: Brown, Glasses: No

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

Executed on: 10/5/2026

/s/ Michelle Harris

Signature
Server Name: Michelle Harris

Client Ref Number:
Job #: 2084046