OCT 20 2026 AM11:04
FILED - USDC - FLMD - JAX

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

COMMODITY FUTURES
TRADING COMMISSION,

Plaintiff,

v. Case No. 3:26-cv-02573

CASH FX GROUP S.A.;
THE CONVERSION PROS, INC.;
HUASCAR JOSE LOPEZ CASTILLO;
RONALD POPE; and
JUSTIN HALLADAY
_______________________________________/

**DEFENDANT JUSTIN HALLADAY'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO THE COMPLAINT**

Defendant Justin Halladay, pro se, hereby files this unopposed motion seeking an enlargement of time of twenty-nine (29) days, up through and including November 20, 2026, to serve his response to the Complaint. This motion is submitted pursuant to Federal Rule of Civil Procedure 6(b). In support of this motion, I state the following:

1. Plaintiff Commodity Futures Trading Commission ("CFTC") filed its Complaint in this action on September 24, 2026. (Dkt. 1).

2. On October 1, 2026, the CFTC served me with this Complaint.

3. As set forth in Federal Rule of Civil Procedure 12(a), I have a period of twenty-one (21) days to serve an Answer or file a Rule 12 motion responding to the Complaint. Accordingly, my Answer or Rule 12 motion is currently due on October 22, 2026.

4. I am unrepresented by counsel in this case. However, I am continuing to seek the assistance of counsel. Yet, the deadline to file my response to the Complaint is fast-approaching.

5. This is a complex action. The CFTC's complaint is 62 pages long and consists of more than 147 paragraphs. Essentially, the CFTC is accusing the defendants of being involved in a $950 million Ponzi scheme and is apparently seeking $406 million in restitution. The allegations in this case are extremely serious, and the causes of action are complex. Whether I proceed pro se or through counsel, additional time is necessary to appropriately respond to the Complaint.

6. This is my first request for an enlargement of time to serve an Answer or Rule 12 motion in response to the Complaint.

7. This motion for enlargement of time is made in good faith, is based on good cause, and is reasonable under the circumstances.

8. This motion is not being filed for purposes of delay, and no prejudice will come to the parties by this Court granting my motion.

**Local Rule 3.01(g) Certificate**

On October 15, 2026, pursuant to M.D. Fla. Local Rule 3.01(g), I conferred with counsel for the CFTC about this motion. The CFTC does not oppose my request for a 29-day enlargement of time to respond to the Complaint.

## Conclusion

Based on the foregoing, I am respectfully seeking an order from the Court granting my request for a 29-day enlargement of time to respond to the Complaint, up to and including November 20, 2026.

Dated: October 15, 2026 Respectfully submitted,

Justin Halladay, *pro se*
1935 Lazy Lane
Cocoa, Florida 32926
904-522-6163
jjhalladay@gmail.com

## Certificate of Service

I hereby certify that on October 15, 2026, I served a true and correct copy of the foregoing motion on the following attorneys by emailing and depositing it in the U.S. Mail, postage prepaid, and addressed to:

Rebecca S Jelinek, Esq.
rjelinek@cftc.gov
Anthony C. Biagiolo, Esq.
abiagioli@cftc.gov
Commodity Futures Trading Commission
2600 Grand Blvd., Suite 210
Kansas City, MO 64108

Justin Halladay, *pro se*