1935 Lazy Ln
Cocoa Fl 32926

ORLANDO FL 328
15 OCT 2026 PM 4 L

FOREVER / USA

Federal Court - Jacksonville Division
Clerk of Court
United States District Court
Middle District of Florida
300 North Hogan St, Suite 9-150
Jacksonville, Fl. 32202-4271

Re: Civil Action No. 3:26-cv-02543-MMH-PDB

32202-427175